# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FRANKIE WAYNE HILL**                                                            **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:18-cv-00015-GHD-JMV**

**PERRY GOODWIN**
**MACEL APPLETON**
**DENNIS HOPPER**                                              **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This matter comes before the court, *sua sponte*, on Defendants' motion to dismiss premised on qualified immunity [7] filed February 13, 2018.

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion asserting…an immunity defense … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion… [is a decision] committed to the discretion of the court."  L. U. Civ. R. 16(b)(3)(B).

Accordingly, a stay of certain proceedings is appropriate.  Should the parties desire to undertake immunity-related discovery, they should contact the court for scheduling of same.

**IT IS, THERFORE, ORDERED** that the case management conference and the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion.  Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, February 14, 2018.

                                                                              /s/ Jane M. Virden
                                                              **UNITED STATES MAGISTRATE JUDGE**